1  MICHAEL B. BROWN (SB #179222)
   michael.brown@stoel.com
2  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
3  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
4  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
5  Sacramento, CA  95814
   Telephone:  (916) 447-0700
6  Facsimile:  (916) 447-4781

7  Attorneys for Defendants
   SELECT PORTFOLIO SERVICING, INC. and
8  HSBC Bank USA, National Association, as Trustee,
   on Behalf of the Holders of the Luminent Mortgage
9  Loan Trust 2006-2 Mortgage Loan Pass-Through
   Certificates, Series 2006-2 (erroneously sued as
10 "HSBC BANK USA, N.A., a business entity")

*GRANTED*
*Ronald M. Whyte*
Judge Ronald M. Whyte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARINKA STOIMENOVA, an individual; BOGDAN STOIMENOV, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a business entity; HSBC BANK USA, N.A., a business entity; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 55:15-cv-01504-RMW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: April 1, 2015 |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Darinka Stoimenova and Bogdan Stoimenov ("Plaintiffs") and Defendants Select Portfolio Servicing, Inc. ("SPS") and HSBC Bank USA, National Association, as Trustee, on Behalf of the Holders of the Luminent Mortgage Loan Trust 2006-2 Mortgage Loan Pass-Through Certificates, Series 2006-2 (erroneously sued as "HSBC BANK USA, N.A., a business entity") (the "Trust," collectively "Defendants"), by and through their counsel of record, hereby agree to a 7-day extension of Defendants' time to respond to Plaintiffs' Second Amended

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO
RESPOND TO SAC                                    -1-

78165517.1 0052161-02229

Complaint. Pursuant to this Stipulation, Defendants' deadline to respond is continued from September 21, 2015, to and through September 28, 2015.

Plaintiffs and Defendants so stipulate.

DATED: September 21, 2015        STOEL RIVES LLP

By: /s/ Bryan L. Hawkins
MICHAEL B. BROWN
THOMAS A. WOODS
BRYAN L. HAWKINS
Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. and HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE LUMINENT MORTGAGE LOAN TRUST 2006-2 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-2 (erroneously sued as "HSBC BANK USA, N.A., a business entity")

DATED: September 21, 2015        MELLEN LAW FIRM

By: /s/ Eunji Cho
MATTHEW D. MELLEN
SARAH ADELAARS
EUNJI CHO
Attorneys for Plaintiffs
DARINKA STOIMENOVA
BOGDAN STOIMENOV

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5.1(i)(3).

Dated: September 21, 2015

/s/ Bryan L. Hawkins
BRYAN L. HAWKINS